IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

SAUNDRA KAYE MORRISON,

        PLAINTIFF,

v.

HOBBY LOBBY STORES, INC.;
SCHOTTENSTEIN PROPERTY
GROUP, INC.; and
SCHOTTENSTEIN PROPERTY
GROUP, LLC.,

        DEFENDANTS.

CIVIL ACTION NO.
3:16-3813

## AGREED ORDER DISMISSING SCHOTTENSTEIN PROPERTY GROUP, INC. AND SUBSTITUTING PROPER DEFENDANT SSC BARBOURSVILLE, LLC

The parties having agreed that SSC Barboursville LLC shall be substituted for Schottenstein Property Group, Inc. as Schottenstein Property Group, Inc. is not the proper corporate entity to be named as the defendant herein, as (1) Schottenstein Property Group, Inc. has no involvement with the property at issue; and instead (2) SSC Barboursville LLC is the owner of the property.

IT IS HEREBY ORDERED AND ADJUDGED that SSC Barboursville LLC, a Delaware Limited Liability Company registered and regularly doing business in the State of West Virginia, is the proper defendant in this action.[1]

IT IS FURTHER ORDERED AND ADJUDGED that SSC Barboursville LLC shall be substituted for Schottenstein Property Group, Inc. Accordingly, all of Plaintiff's claims against the Schottenstein Property Group, Inc., are hereby dismissed with prejudice. All

---

[1] SSC Barboursville LLC is a limited liability company formed under the laws of the State of Delaware. None of the members of SSC Barboursville LLC are residents of West Virginia or the Commonwealth of Kentucky.

2

claims made against the Schottenstein Property Group, Inc. in the Plaintiff's Complaint shall be deemed to have been made against SSC Barboursville LLC, and all denials, averments, and defenses contained in the Answer to the Complaint on behalf of Schottenstein Property Group, Inc. shall be deemed to have been made by SSC Barboursville, LLC at the time of the original answer.

July 21, 2016
Date

ROBERT C. CHAMBERS, CHIEF JUDGE

AGREED TO:


/s/ Ellen M. Kist
J. David Bolen, Esquire
Ellen M. Kist, Esquire
**DINSMORE & SHOHL, LLP**
611 Third Avenue
Post Office Box 2185
Huntington, West Virginia 25722-2185
David.bolen@dinsmore.com
Ellen.kist@dinsmore.com
(304)528-6181
(304)522-4312

COUNSEL FOR DEFENDANTS,
HOBBY LOBBY STORES, INC.
SCHOTTENSTEIN PROPERTY GROUP, INC.
SCHOTTENSTEIN PROPERTY GROUP, LLC


/s/ Brian L. Ooten
Brian L. Ooten, Esquire
**SHAFFER & SHAFFER, PLLC**
330 State Street
P.O. Box 38
Madison, West Virginia 25130
booten@shafferlaw.net
(304)369-0511
(304)369-5431

Kyle R. Salyer, Esquire
**SALYER LAW OFFICE, PLLC**
455 2nd St.
PO Box 2213
Paintsville, KY 41240
Kyle.salyer@salyerlaw.com
(606) 789-1135
(888) 751-8828

COUNSEL FOR PLAINTIFF,
SAUNDRA KAYE MORRISON